THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:  FRANK E. MAHONEY        :  Chapter:    13
                      :  Bankruptcy No:  16-14519

## WITHDRAWAL OF CLAIM

American Express Bank, FSB, by and through its counsel, withdraws its Proof of Claim number **6**

filed on September 6th, 2016, for account number ending in 1002 in the amount of $9,116.67.

                   Respectfully submitted,

                 By:  /s/ JESSICA DIFRANCESCO

                   Jessica DiFrancesco, Claims Administrator
                   Becket & Lee LLP
                   POB 3001
                   Malvern, PA 19355-0701

                  DATE:    9/12/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: FRANK E. MAHONEY : Chapter: 13
: Bankruptcy No: 16-14519

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September, 2016, a true and correct copy of the

Withdrawal of the Proof of Claim Number 6, filed by American Express Bank, FSB, was served via US

First Class Mail, postage pre-paid on the following parties:

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ JESSICA DIFRANCESCO
Jessica DiFrancesco, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Copy of the above served to the following:

RICHARD N. LIPOW, A
LIPOW LAW OFFICE
629 SWEDESFORD RD
Malvern PA 19355-1530

WILLIAM C. MILLER, T
PO Box 40119
Philadelphia PA 19106