# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| FRANK E. MAHONEY : | |
| : | |
| Debtor : | Case No. 16-14519(MDC) |
| : | |
| : | **Hearing Date: November 17, 2016** |
| : | **Time: 11:00 a.m.** |
| : | **Courtroom #2** |
| : | **900 Market Street** |
| : | **Philadelphia, PA  19107** |

## DEBTORS' RESPONSE IN OPPOSITION TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. § 362(d)

The Debtor, Frank E. Mahoney[1], hereinafter referred to as the "Debtor," by and through their counsel, Center City Law Offices, LLC, hereby respectfully files their response in opposition to the Motion of Pingora Loan Servicing, LLC., (the "Lender") for Relief from the Automatic Stay. For the reasons more fully set forth below, the Debtor submits that there is no basis for relief from the stay

1. Neither admitted nor denied.  Debtor has insufficient knowledge or belief as to whether the movant is the current owner of the mortgaged premises.

2. Admitted in part.  Debtor is the owner with his wife, Lyell P. Mahoney ("Lyell" or "Mrs. Mahoney").  Mrs. Mahoney is not a co-debtor in this bankruptcy.

3. Neither admitted nor denied.  Debtor has insufficient knowledge or belief as to whether the movant is the current owner of the mortgaged premises.

4. – 12.  Denied as conclusions of law, therefore no response is required.

---

[1] Movant incorrectly filed its motion against an imaginary Co-Debtor, Lyell P. Mahoney, the Debtor's wife.  Mrs. Mahoney did not file a joint case with her husband.

WHEREFORE, the Debtor, Frank Mahoney respectfully prays this Honorable Court deny any and all relief requested presently by the Motion of the Lender.

    Respectfully submitted,

    *CENTER CITY LAW OFFICES, LLC*

    By:*<u>Maggie S. Soboleski</u>*
    Pa. Id. No.: 88268
    2705 Bainbridge Street
    Philadelphia, PA 19146
    Tele.: 215-620-2132
    E-Mail: msoboles@yahoo.com

Dated: November 13, 2016