## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank E. Mahoney<br>                    Debtor<br><br>JPMorgan Chase Bank, N.A., its successors and/or assigns<br>                    Movant<br>      vs.<br>Frank E. Mahoney<br>                    Debtor<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br>NO. 16-14519 MDC<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Automatic Stay of JPMorgan Chase Bank, N.A., which was filed with the Court on or about **November 30, 2016**.

                                                Respectfully submitted,

                                                **/s/ Thomas I. Puleo, Esquire**
                                                Thomas Puleo, Esquire
                                                Attorneys for Movant/Applicant
                                                KML Law Group, P.C.
                                                Main Number: (215) 627-1322

January 3, 2017