# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK E MAHONEY                     Chapter 13

                Debtor              Bankruptcy No. 16-14519-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___2nd___ day of ___February___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-

Debtor:
FRANK E MAHONEY

100 VERONA ROAD

BROOMALL, PA 19008