**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| FRANK E. MAHONEY, | : | |
| | : | NO. 16-14519 (MDC) |
| | : | **Hearing Date: 3/9/17** |
| Debtor. | : | **Time: 11:00 a.m.** |
| | : | **Courtroom #2** |

## ORDER

**AND NOW,** this _____ day of March, 2017, upon the consideration of the Debtor, Frank E. Mahoney's Motion to Reconsider Dismissal of the Debtor's Bankruptcy, and any response thereto, it is hereby

**ORDERED** that the Order entered on February 2, 2017 is hereby **VACATED**; and

**ORDERED** that the Debtor's Bankruptcy is reinstated.

_____
HON. MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
2705 Bainbridge Street
Philadelphia, PA  19146

Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108

*Continued on next page*

Mr. Frank E. Mahoney
100 Verona Road
Broomall, PA  19008

William C. Miller, Esquire
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106