United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14519-mdc
Frank E. Mahoney                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 2            Date Rcvd: Feb 06, 2017
                              Form ID: pdf900           Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2017.
```
db             +Frank E. Mahoney,    100 Verona Road,    Broomall, PA 19008-1426
13750424       +AMEX,    PO BOX 1270,    Newark, NJ 07101-1270
13786460        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13792111        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13750425       +CBNA,    13200 SMITH ROAD,    Cleveland, OH 44130-7802
13750426       +CENLAR,    PO BOX 77404,    Trenton, NJ 08628-6404
13750427       +CHASE,    PO BOX 15298,    Wilmington, DE 19850-5298
13750428       +CHASE AUTO,    PO BOX 901003,    Fort Worth, TX 76101-2003
13750429        CITI,    PO BOX 790345,    Saint Louis, MO 63179-0345
13750432       +KML LAW GROUP, LLC,    SUITE 5000 - BNY MELLON INDEPENDENCE CTR,    701 MARKET STREET,
                 Philadelphia, PA 19106-1538
13750433        LYELL P. MAHONEY,    100 VERONA ROAD,    Broomall, PA 19008-1426
13750434       +PINGORA LOAN SERVICING,    1755 BLAKE STREET,    SUITE 200,    Denver, CO 80202-1479
13774625       +Pingora Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13750435        SANTANDER BANK, N.A.,    PO BOX 16255,    Reading, PA 19612-6255
13750436        SLATE/CHASE BANK,    POR BOX 15123,    Wilmington, DE 19850-5123
13807994       +Santander Bank,    Attn. T Williams VP,    3 Huntington Quadrangle, Ste. 101N,
                 Melville, NY 11747-4623
13750437       +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13821244       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 07 2017 02:04:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2017 02:04:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2017 02:04:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13750431        E-mail/Text: mrdiscen@discover.com Feb 07 2017 02:04:02     DISCOVER FINANCIAL SERVICES LLC,
                 PO BOX15316,    Wilmington, DE 19850
13762708        E-mail/Text: mrdiscen@discover.com Feb 07 2017 02:04:02     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13813621       +E-mail/Text: cio.bncmail@irs.gov Feb 07 2017 02:04:03     Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 7317,    Philadelphia,Pa 19101-7317
13771163        E-mail/Text: bk.notifications@jpmchase.com Feb 07 2017 02:04:05     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13825348        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2017 02:03:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13750438        E-mail/Text: vci.bkcy@vwcredit.com Feb 07 2017 02:04:15     VOLKSWAGEN CREDIT,
                 ASSET RESOLTUION,    PO BOXT 7572,    Libertyville, IL 60048-7572
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750430        DEBTOR'S SON
cr*             American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Feb 06, 2017
                              Form ID: pdf900           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MAGGIE S SOBOLESKI    on behalf of Debtor Frank E. Mahoney msoboles@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 6
```

Case 16-14519-mdc    Doc 42    Filed 02/08/17    Entered 02/09/17 01:06:01    Desc Imaged
Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK E MAHONEY | Chapter 13 |
| Debtor | Bankruptcy No. 16-14519-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of __February__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-

Debtor:
FRANK E MAHONEY

100 VERONA ROAD

BROOMALL, PA 19008