**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  FRANK MANONEY | : | CHAPTER 13 |
| *Debtor.* | : | BKY. NO. 16-14519 (MDC) |

Hearing Date: 3/9/17
Hearing Time: 11:00 AM
Place: Nix #2

**CERTIFICATE OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO THE MOTION OF DEBTOR FOR RECONSIDERATION OF DISMISSAL OF CASE**

The Debtor, Frank Mahoney, hereinafter referred to as "Debtor" by and through his counsel, Center City Law Offices, LLC, hereby makes this certification pursuant to Local Bankruptcy Rule 9013-1(e)(2) and in support thereof represents as follows:

1. Debtors herein filed a Motion for Reconsideration of and Vacate Dismissal of Case on February 8, 2017, (the "Motion").

2. Service of the Motion for the Debtor was filed with the Court on February 8, 2017 and served via electronic mail upon all interested parties on February 8, 2017.

3. More than twenty (20) calendar days have passed since the Motion was filed and served on as required and as of today's date no answer, objection, or other responsive pleading has been received opposing the Motion of the Debtor.

WHEREFORE, the Debtor prays for the entry of an Order vacating the Order of dismissal entered on February 2, 2017.

                                        **CENTER CITY LAW OFFICES, LLC**

BY:    */s/Maggie S. Soboleski*
        MAGGIE S. SOBOLESKI
        Identification No. 88268
        2705 Bainbridge Street
        Philadelphia, PA  19146
        Tel:  (215)620-2132
        *Counsel to the Debtor*

Dated: March 8, 2017