United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14519-mdc
Frank E. Mahoney                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Christina              Page 1 of 2                  Date Rcvd: May 04, 2017
                               Form ID: 152                 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
```
db             +Frank E. Mahoney,    100 Verona Road,    Broomall, PA 19008-1426
13750424       +AMEX,    PO BOX 1270,    Newark, NJ 07101-1270
13786460        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13792111        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13750425       +CBNA,    13200 SMITH ROAD,    Cleveland, OH 44130-7802
13750426       +CENLAR,    PO BOX 77404,    Trenton, NJ 08628-6404
13750427       +CHASE,    PO BOX 15298,    Wilmington, DE 19850-5298
13750428       +CHASE AUTO,    PO BOX 901003,    Fort Worth, TX 76101-2003
13750429        CITI,    PO BOX  790345,    Saint Louis, MO 63179-0345
13750432       +KML LAW GROUP, LLC,    SUITE 5000 - BNY MELLON INDEPENDENCE CTR,    701 MARKET STREET,
                 Philadelphia, PA 19106-1538
13750433        LYELL P. MAHONEY,    100 VERONA ROAD,    Broomall, PA 19008-1426
13750434       +PINGORA LOAN SERVICING,    1755 BLAKE STREET,    SUITE 200,    Denver, CO 80202-1479
13774625       +Pingora Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
13750435        SANTANDER BANK, N.A.,    PO BOX 16255,    Reading, PA 19612-6255
13750436        SLATE/CHASE BANK,    POR BOX 15123,    Wilmington, DE 19850-5123
13807994       +Santander Bank,    Attn. T Williams VP,    3 Huntington Quadrangle, Ste. 101N,
                 Melville, NY 11747-4623
13750437       +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13821244       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 05 2017 01:07:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 01:07:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2017 01:07:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13750431        E-mail/Text: mrdiscen@discover.com May 05 2017 01:07:12     DISCOVER FINANCIAL SERVICES LLC,
                 PO BOX15316,    Wilmington, DE 19850
13762708        E-mail/Text: mrdiscen@discover.com May 05 2017 01:07:12     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13813621       +E-mail/Text: cio.bncmail@irs.gov May 05 2017 01:07:14     Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 7317,    Philadelphia,Pa 19101-7317
13771163        E-mail/Text: bk.notifications@jpmchase.com May 05 2017 01:07:17     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13825348        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 01:15:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13750438        E-mail/Text: vci.bkcy@vwcredit.com May 05 2017 01:07:28     VOLKSWAGEN CREDIT,
                 ASSET RESOLTUION,    PO BOXT  7572,    Libertyville, IL 60048-7572
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750430        DEBTOR'S SON
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Christina            Page 2 of 2                   Date Rcvd: May 04, 2017
                              Form ID: 152               Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:

    DENISE ELIZABETH CARLON   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.
     bkgroup@kmllawgroup.com
    DENISE ELIZABETH CARLON   on behalf of Creditor   Pingora Loan Servicing, LLC
     bkgroup@kmllawgroup.com
    JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pingora Loan Servicing, LLC
     bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    MAGGIE S SOBOLESKI   on behalf of Debtor Frank E. Mahoney msoboles@yahoo.com
    THOMAS I. PULEO   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                  TOTAL: 8

Case 16-14519-mdc    Doc 51    Filed 05/06/17    Entered 05/07/17 01:03:02    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Frank E. Mahoney
    Debtor(s)

Case No: 16–14519–mdc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 6/15/17 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

50
Form 152