# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14519-MDC

FRANK E MAHONEY

100 VERONA ROAD

BROOMALL, PA 19008

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRANK E MAHONEY

    100 VERONA ROAD

    BROOMALL, PA 19008

Counsel for debtor(s), by electronic notice only.

    MAGGIE S. SOBOLESKI
    CENTER CITY LAW OFFICES LLC
    2705 BAINBRIDGE STREET
    PHILADELPHIA, PA 19146-

/S/ William C. Miller
_____

Date: 9/26/2017

William C. Miller, Esquire
Chapter 13 Standing Trustee