**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Frank Mahoney,** | : | **CHAPTER 13** |
| **Debtor.** | : | **BKY. NO. 16- 14519(MDC)** |

_____

### CERTIFICATE OF SERVICE

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtors' Fourth Amended Plan to be served as indicated below, this 1st day of November, 2017 upon the following:

Pingora Loan Servicing, LLC
    c/o Matteo Weiner, Esquire at KML Law Group (via email)

Internal Revenue Service (via ECF)

William C. Miller, Esquire, Ch. 13 Trustee (via e-mail)


*CENTER CITY LAW OFFICES, LLC*
By: */s/Maggie S. Soboleski*
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: November 1, 2017