**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FRANK E. MAHONEY, | : | CHAPTER 13 |
| Debtor. | : | NO. 16-14519(MDC) |
| | : | |

**CERTIFICATE OF SERVICE OF DEBTOR'S**
**FIFTH AMENDED PLAN**

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtors' FIFTH Amended Plan to be served as indicated below, this 4TH day of APRIL 2018 upon the following:

Pingora Loan Servicing, LLC c/o Matteo Weiner, Esquire at KML Law Group (via email)
Internal Revenue Service (via ECF)
William C. Miller, Esquire, Ch. 13 Trustee (via e-mail)

Respectfully submitted,

/s/ Maggie S. Soboleski, Esquire

CENTER CITY LAW OFFICES, LLC
By: Maggie S. Soboleski Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com