**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FRANK E. MAHONEY, | : | CHAPTER 13 |
| Debtor. | : | NO. 16-14519(MDC) |
| | : | |

---

**CERTIFICATE OF SERVICE OF DEBTOR'S**
**SEVENTH AMENDED PLAN**

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtors' SEVENTH Amended Plan to be served as indicated below, this 24TH day of MAY 2018 upon the following:

Cenlar/Pingora Loan Servicing, LLC c/o Rebecca Solarz, Esquire at KML Law Group (via email)

Internal Revenue Service (via ECF)

William C. Miller, Esquire, Ch. 13 Trustee (via e-mail)

Respectfully submitted,

/s/ Maggie S. Soboleski, Esquire

CENTER CITY LAW OFFICES, LLC
By: Maggie S. Soboleski Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com