# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank E. Mahoney <br>                        Debtor <br><br> Pingora Loan Servicing, LLC <br>                        Movant <br>       vs. <br><br> Frank E. Mahoney <br>                        Respondent | CHAPTER 13 <br><br><br><br> NO. 16-14519 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Pingora Loan Servicing, LLC, which was filed with the Court on or about October 3, 2016 (Document No. 11).

                                            Respectfully submitted,

                                            **/s/ Kevin G. McDonald, Esquire**
                                            Kevin G. McDonald, Esquire
                                            Attorney for Movant
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322

May 29, 2018