**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank E. Mahoney
                Debtor(s)

Pingora Loan Servicing, LLC
          v.
Frank E. Mahoney
          and
Gary F. Seitz, Esq.
          Trustee

Chapter 7

NO. 16-14519 MDC

**ORDER**

AND NOW, this 1st day of October, 2018 upon the filing of a Certification of Default by Movant in accordance with the Stipulation of the parties approved on April 16, 2018, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Reform Act of 1978 (The Code), is modified to allow Pingora Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises located at 100 Verona Rd, Broomall, PA 19008.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list