United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank E. Mahoney  
    Debtor

Case No. 16-14519-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Oct 01, 2018  
                    Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
```
db             +Frank E. Mahoney,    100 Verona Road,    Broomall, PA 19008-1426
cr              American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 02 2018 03:26:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2018 03:26:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 02 2018 03:26:42      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                                                                 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bkgroup@kmllawgroup.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              MAGGIE S SOBOLESKI    on behalf of Debtor Frank E. Mahoney msoboles@yahoo.com
              MAGGIE S SOBOLESKI    on behalf of Trustee WILLIAM C. MILLER, Esq. msoboles@yahoo.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank E. Mahoney<br>　　　　　　　　　　　Debtor(s)<br><br>Pingora Loan Servicing, LLC<br>　　　　　　v.<br>Frank E. Mahoney<br>　　　　　　and<br>Gary F. Seitz, Esq.<br>　　　　　　Trustee | Chapter 7<br><br><br>NO. 16-14519 MDC |

### ORDER

AND NOW, this 1st day of October, 2018 upon the filing of a Certification of Default by Movant in accordance with the Stipulation of the parties approved on April 16, 2018, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Reform Act of 1978 (The Code), is modified to allow Pingora Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises located at 100 Verona Rd, Broomall, PA 19008.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
United States Bankruptcy Judge.

cc: See attached service list