Certificate Number: 03621-PAE-DE-031914012

Bankruptcy Case Number: 16-14519



03621-PAE-DE-031914012

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 16, 2018</u>, at <u>8:13</u> o'clock <u>AM EST</u>, <u>Frank Mahoney</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 16, 2018</u>             By:    <u>/s/Wafaa Elmaaroufi</u>

                                          Name:  <u>Wafaa Elmaaroufi</u>

                                          Title: <u>Credit Counselor</u>