United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14519-mdc
Frank E. Mahoney                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Nov 19, 2018
                              Form ID: 211              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db          +Frank E. Mahoney,    100 Verona Road,    Broomall, PA 19008-1426
cr           American Express Bank FSB,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    Pingora Loan Servicing, LLC
       bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
       bkgroup@kmllawgroup.com
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing, LLC
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
      MAGGIE S SOBOLESKI    on behalf of Debtor Frank E. Mahoney msoboles@yahoo.com
      MAGGIE S SOBOLESKI    on behalf of Trustee WILLIAM C. MILLER, Esq. msoboles@yahoo.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                     Chapter: 7

    Frank E. Mahoney

Debtor(s)                                                              Case No: 16−14519−mdc

___

## *ORDER*

AND NOW, 11/19/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 12/3/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Magdeline D. Coleman

Judge ,United States Bankruptcy Court

94
Form 211