United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14519-mdc
Frank E. Mahoney                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey              Page 1 of 1              Date Rcvd: Dec 06, 2018
                              Form ID: 195              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db             +Frank E. Mahoney,    100 Verona Road,    Broomall, PA 19008-1426
cr              American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA   19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
        DENISE ELIZABETH CARLON    on behalf of Creditor    Pingora Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
         bkgroup@kmllawgroup.com
        GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing, LLC
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        MAGGIE S SOBOLESKI    on behalf of Debtor Frank E. Mahoney msoboles@yahoo.com
        MAGGIE S SOBOLESKI    on behalf of Trustee WILLIAM C. MILLER, Esq. msoboles@yahoo.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                                                                   TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Frank E. Mahoney : Case No. 16–14519–mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , November 27, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                         By The Court

                                         Magdeline D. Coleman
                                         Judge , United States Bankruptcy Court